AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Christopher Parisi)     19-123

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Victor Enrique Echevarria-Mendez<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-1847-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    Ongoing    in the county of    Philadelphia    in the    Eastern    District of    Pennsylvania   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Reentry After Deportation |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SHANE WALLACE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2019

_____
*Judge's signature*

City and state:    Philadelphia, PA   

David R. Strawbridge, Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AFFIDAVIT

1. I, Shane B Wallace, am a Deportation Officer (DO) of the Department of Homeland Security under Immigration and Customs Enforcement (ICE). I have been an Officer with Immigration and Customs Enforcement (ICE) since July 2009. As part of my duties I conducted investigations related to violations of the Immigration and Nationality Act, specifically foreign born nationals that have been deported from the United States and subsequently reentered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations (ERO) Philadelphia, Pennsylvania Field Office (ICE ERO/PHI) and my duties include investigating violations of Title 8 of the United States Code ("U.S.C") to include violations of immigration offenses.

2. This affidavit is made in support of a criminal complaint against Victor Enrique ECHEVARRIA-Mendez, (hereinafter "ECHEVARRIA-Mendez"), where there is probable cause to believe ECHEVARRIA-Mendez, an alien, re-entered the United States after deportation, in violation of Title 8, United States Code, § 1326(a)

3. On October 31, 2019, I, received information that ECHEVARRIA-Mendez had been arrested by the Philadelphia Police Department and charged with Burglary, Theft, Criminal Trespass, Receiving Stolen Property, Criminal Mischief, and Unauthorized Use Motor Vehicles. Based on my training and experience, I know that any time a police department or other law enforcement agency scans the fingerprints of any alien who has previously been encountered by ICE or another immigration agency, ICE receives

1

electronic notification of this fact and any match to the alien's known Fingerprint Identification Number (FIN). On October 31, 2019, I reviewed the electronic notification showing that the Philadelphia Police Department had recently scanned ECHEVARRIA-Mendez's fingerprints, which matched with FBI# 123425VD1 and FIN# 1147915499.

4. On October 31, 2019, I conducted a check in National Crime Information Center (NCIC) for ECHEVARRIA-Mendez's criminal history, as well as Immigration history. Under the FBI# 123425VD1 and FIN# 1147915499, it was found that ECHEVARRIA-Mendez had previously been encountered by the US Border Patrol. Further checks in the Enforcement Alien Removal Module (EARM) were conducted for ECHEVARRIA-Mendez's Immigration history in the United States. It was found that ECHEVARRIA-Mendez had been encountered on March 17, 2013 by the US Border Patrol and served a Notice and Order of Expedited Removal (I-860). ECHEVARRIA-Mendez was subsequently removed to Guatemala on April 10, 2013.

5. On October 31, 2019, I conducted records checks through EARM, Central Index System (CIS), and Person Centric Query Service (PCQS). The following representations are based on my review of the aforementioned records and databases:

    a. ECHEVARRIA-Mendez had been assigned A# 205981982.

    b. ECHEVARRIA-Mendez is a citizen and national of GUATEMALA.

    c. ECHEVARRIA-Mendez's date of birth is June 29, 1994, and this affidavit and the Complaint to which it is attached correctly reflect ECHEVARRIA-Mendez's name.

d.  On March 17, 2013, ECHEVARRIA-Mendez was encountered by the US Border Patrol and served a Notice and Order of Expedited Removal (I-860) pursuant to Section 235(b)(1)(7)(A)(i)(I) of the Act.

e.  The United States. pursuant to Section 235(b)(1) of the Act removed ECHEVARRIA-Mendez on or about April 10, 2013, through Harlingen, Texas, to Guatemala.

f.  A search of ICE databases revealed that ECHEVARRIA-Mendez did not seek permission of the United States Attorney General, or his successor, the Secretary of the Department of Homeland Security, to re-enter as required by 8 U.S.C. 1360(d). A certificate documenting this is expected within 30 days.

g.  On October 31, 2019, ICE discovered ECHEVARRIA-Mendez illegally re-entered the United States without having obtained advanced permission of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, to reapply for admission.

Based on the foregoing, your affiant believes that there is probable cause to conclude that ECHEVARRIA-Mendez, is in fact guilty of illegal reentry into the United States after deportation, in violation of Title 8, United States Code, § 1326(a), and respectfully ask that the Court issue a warrant ordering his arrest for such crime.

Shane Wallace
Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED TO AND SWORN TO BEFORE ME
THIS 31th DAY OF October 2019.

David R. Strawbridge
United States Magistrate Judge
Eastern District of Pennsylvania

4